

U.S. Department of Justice

*United States Attorney*
*District of Maryland*

*Michael C. Hanlon*     *Suite 400*     DIRECT: 410-209-4895
*Deputy Chief, Criminal Division*     *36 S. Charles Street*     MAIN: 410-209-4800
*Michael.Hanlon@usdoj.gov*     *Baltimore, MD 21201-3119*     FAX: 410-962-9293

May 26, 2020

The Honorable Ellen L. Hollander
United States District Judge
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    United States v. Corey Riley
            Crim. No. ELH-16-0402

Dear Judge Hollander:

    I am writing to advise the Court of the status of the above-captioned defendant's motion for compassionate release. I have conferred with Mr. Brown and with the Federal Bureau of Prisons and have obtained records pertaining to the defendant's health. I have also provided to BOP some of the records attached by Mr. Brown to the defendant's motion. Finally, Mr. Brown may provide the government with some additional health-related information. I am writing to ask that the Court allow the government additional time, through Monday June 1, 2020, to explore these matters. I believe the defense consents to the additional time.

    I thank the Court for its consideration of this request.

                                    Very truly yours,

                                    Robert K. Hur
                                    United States Attorney


                                  _____/s/_____
                                  Michael C. Hanlon
                                  Assistant United States Attorney

cc:    Counsel via ECF

APPROVED,

_____
Hon. Ellen L. Hollander
United States District Judge